FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 30 PM 2: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINTON F. BORDELON, JR. | CIVIL ACTION NO. 06-9493 |
| VERSUS | |
| KERT LEBLANC INS. AGENCY INC., AND STATE FARM FIRE AND CASUALTY | SECTION M |

## ORDER

Before the Court is Plaintiff's Motion to Remand which is opposed by the Defendants and which came for hearing on January 17, 2007, on the briefs. After consideration of the Motion, the opposition and the applicable law, the Court grants the Motion.

Plaintiff, Clinton F. Bordelon, Jr., purchased both his homeowner's and flood insurance from Kert Leblanc Insurance Agency, Inc., (Leblanc) in 2001 when he purchased is home located in Arabi, Lousiana. Bordelon alleges that at the time he purchased the insurance policies his home was in need of extensive renovation and was insured in accordance with its pre-renovation value. After his renovation was complete, he intended to increase both his homeowner's and flood coverage according to its increased value. In May, 2005, Ms. Bordelon met with an employee of Leblanc, and obtained additional homeowner's insurance, but was told that she could not obtain

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

additional flood insurance until the renewal of the policy in January, 2006.

Boredelon alleges that his home was destroyed by Hurricane Katrina and that as a result of Leblanc's misinformation, error, omission, and negligence, he suffered flood damage to his home that was not adequately covered by his flood policy.

Bordelon filed suit for damages in the 34th Judicial District Court for the Parish of St. Bernard, seeking damages from Defendant Leblanc as well as Defendant State Farm Fire and Casualty (State Farm). State Farm removed the action to this Court. Bordelon now seeks a remand back to state court.

If the plaintiff states a viable cause of action against a non-diverse defendant, then that carries with it a presumption of regularity. Any alleged but unresolved facts are accepted in the fact-pleading record. See §1441 (b); see also Smallwood v. Illinois Cent. R.R., 385 F. 3d 568 (5th Cir. 2004).

Accordingly, the motion is **GRANTED** and the matter is **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard.

New Orleans, Louisiana, this 29th day of January, 2007.

_____
Peter Beer
United States District Judge